UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------   X

DERRICK U DENNIS, on behalf of himself and all
others similarly situated,                                                        Case No. 19-cv-01711 (PKC)

                              Plaintiffs,

                -against-                                                         **NOTICE OF SETTLEMENT**

SPIGEN, INC.,

                              Defendant.

-------------------------------------------------------------------------   X

     Plaintiff Derrick U. Dennis and Defendant Spigen, Inc., by and through counsel, hereby

provide notice to the Court that the present cause has been settled between the parties, and state:

1.  A settlement agreement (the "Agreement") has been executed in this matter. Once the

     exchange of consideration required pursuant to the Agreement is completed, the

     parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to

     Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request the case be

     dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourn all

     deadlines and conferences.

Dated: New York, New York
     July 17, 2019

                              SHALOM LAW, PLLC
                              124-04 Metropolitan Avenue
                              Kew Gardens, New York 11415
                              Tel: (718) 971-9474
                              Fax: (718) 865-0943

                                   /s/ Jonathan Shalom
                                  Jonathan Shalom, Esq.
                                  Jshalom@JonathanShalomLaw.com
                              *Attorneys for Plaintiffs*

                              BUSHELL, SOVAK & KANE LLP
                              274 Madison Avenue, Suite 901
                              New York, New York 10016
                              Tel: (212) 949–4700
                              Fax: (212) 286–0513

/s/ Christopher J. Sovak
Christopher J. Sovak (CS 3164)
csovak@bushellsovak.com
*Attorneys for Defendant*